RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **Case No. 4:25-cv-04387-JST** |
| Plaintiff, | |
| vs. | |
| KENNETH MATTSON, | **STIPULATION AND [PROPOSED] ORDER RE: STAY OF PROCEEDINGS AND DISCOVERY** |
| Defendant, | |
| And | |
| KS MATTSON PARTNERS LP, | |
| Relief Defendant        / | |

**STIPULATION**

The Plaintiff Securities and Exchange Commission ("SEC"), Defendant Kenneth Mattson, and Relief Defendant KS Mattson Partners LP ("Defendants" and, together with the SEC, the "Parties") hereby Stipulate and agree as follows:

Stipulation and [Proposed] Order Re: Stay of Proceedings and Discovery
Case No. 4:25-cv-04387-JST

WHEREAS, a related criminal case, United States v. Mattson, Case No. 25-cr-126-JST, is currently pending before this Court (the "Criminal Case").

WHEREAS, the Criminal Case and the SEC's civil case here (the "Civil Case") involve allegations about the same fraudulent schemes, and substantially overlapping facts, witnesses, and issues.

WHEREAS, there would be very little, if any prejudice to the Defendants that would result from a stay of the Civil Case.

WHEREAS, considerations of judicial economy weigh in favor of a stay of the Civil Case.

WHEREAS, there is no strong countervailing public interest in the Civil Case proceeding before the Criminal Case.

WHEREAS, Defendants believe that a stay of the Civil Case, including discovery, would be beneficial to the parties in the Criminal Case, in part because discovery in the Civil Case may implicate Defendant Kenneth Mattson's Fifth Amendment Rights.

WHEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the accompanying Proposed Order staying the Civil Case, including discovery, until resolution of the Criminal Case.  Within thirty days of the resolution of the Criminal Case, the Parties will file a status report in the Civil Case with their recommendation on how the Court and the Parties will proceed with the Civil Case.  The Parties stipulate that, for good cause (such as future unavailability of witnesses or documents), the Parties may conduct limited civil discovery by joint stipulation or Court Order.

**STIPULATED AND AGREED TO BY:**

Date: August 14, 2025

Plaintiff Securities and Exchange Commission

By: /s/*JASON H. LEE*
JASON H. LEE
NATASHA BRONN SCHRIER
Securities and Exchange Commission
44 Montgomery Street, Ste. 700
San Francisco, CA 94104
leejh@sec.gov
(415) 705-2500
*Attorneys for Plaintiff Securities and
Exchange Commission*

Date:  August 13, 2025

Defendant Kenneth Mattson

By: */s/ RANDY SUE POLLOCK*
Law Offices of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
rsp@rspollocklaw.com
510-763-9967
*Attorney for Defendant Kenneth Mattson*

Date:  August 13, 2025

Defendant KS MATTSON PARTNERS LP

By: */s/ ROBIN ITKIN*
Robin Itkin Corporate Governance Solutions
Robbin@RobbinItkinSolutions.com
310-738-9561

Stipulation and [Proposed] Order Re: Stay of Proceedings and Discovery
Case No. 4:25-cv-04387-JST

**[PROPOSED] ORDER**

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED:

ORDERED that all current court-imposed deadlines and scheduled event dates, including the Defendants' Answers, the Parties' Initial Disclosures, the Parties' Joint Management Statement due August 19, 2025, and the Initial Case Management Conference scheduled for August 26, 2025, are VACATED.

FURTHER ORDERED that all proceedings in this Civil Case, including discovery, are stayed until further order of the Court.  However, for good cause (such as future unavailability of witnesses or documents), the Parties may conduct limited discovery only by joint stipulation or Court Order; and

FURTHER ORDERED that, within thirty days of resolution of the Criminal Case, United States v. Mattson, Case No. 25-cr-126-JST (i.e., sentencing or dismissal, not appeal), the Parties shall file a status report with the Court.

Date: August____, 2025

_____
HONORABLE JON S. TIGAR
United States District Judge

Stipulation and [Proposed] Order Re: Stay of Proceedings and Discovery
Case No. 4:25-cv-04387-JST